JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; TRUSTEES OF THE INTERNATIONAL TRAINING FUND; and THE LABOR MANAGEMENT COMPLIANCE COUNCIL,<br><br>            Plaintiffs,<br>    v.<br><br>GCH PLUMBING, INC., a California corporation; and GREG CHARLES HOPKINS, an individual doing business as GCH Plumbing,<br><br>            Defendants. | CASE NO.: CV13-06049 MWF (FFMx)<br><br>ASSIGNED TO THE HONORABLE MICHAEL W. FITZGERALD<br><br>**JUDGMENT** |

This action having been commenced on August 16, 2013, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against defendants GCH Plumbing, Inc., a California corporation; and Greg Charles Hopkins, an individual doing business as GCH Plumbing, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND, TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL TRAINING FUND, and THE LABOR MANAGEMENT COMPLIANCE COUNCIL, shall recover from defendants GCH PLUMBING, INC., a California corporation; and GREG CHARLES HOPKINS, an individual doing business as GCH Plumbing, the principal amount of $171,365.57, plus pre-judgment and post-judgment interest thereon at the statutory rate accruing from February 1, 2015, until the judgment is paid in full.

Dated: March 23, 2015

_____
UNITED STATES DISTRICT JUDGE